# Court of Appeals
# of the State of Georgia

ATLANTA, __May 16, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1756.  IN THE INTEREST OF: D. B., L. J., AND J. J., CHILDREN (MOTHER).**

Anna Jackson, the mother of minor children D. B., L. J., and J. J., has filed a direct appeal from the juvenile court's order terminating her parental rights. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary appeal.  See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009).  The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__05/16/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*